UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


ST. CHARLES PARISH HOSPITAL                CIVIL ACTION
SERVICE DISTRICT NO. 1


VERSUS                                     NO: 07-5924


UNITED FIRE AND CASUALTY                   SECTION: "R"(3)
COMPANY


**ORDER AND REASONS**

Before the Court are defendant United Fire & Casualty
Company's objections to Magistrate Knowles' appointment of Ernie
Carpenter as umpire in this matter.  For the following reasons,
the Court DENIES defendant's objections.

On November 15, 2007, plaintiff St. Charles Parish Hospital
Service District No. 1 moved the Court to appoint an umpire in
this Hurricane Katrina coverage dispute. (R. Doc. 5.)  After
extensive briefing and oral argument, Magistrate Knowles granted
the plaintiff's motion to appoint an umpire, and allowed the
parties additional time to conduct discovery and submit
additional briefing regarding the appointment of a neutral
umpire. (R. Doc. 22.)  On April 28, 2008, Magistrate Knowles
appointed Ernie L. Carpenter as umpire in this case. (Order, Apr.
28, 2008, R. Doc. 38.)  Defendant objects to this appointment and
contends that Carpenter is not qualified and is not impartial.

The Court may modify or set aside a magistrate judge's order

only if it is clearly erroneous or contrary to law. *See* Fed. R. Civ. P. 72(a)[1]; 28 U.S.C. § 636(b)(1)(A)[2]; *Castillo v. Frank*, 70 F.3d 382, 385 (5th Cir. 1995); *see also In re Travelers Indemnity Co.*, 2004 WL 2297860 (D. Conn. 2004) (holding that ruling on petition to appoint umpire is reviewable pursuant to the "clearly erroneous" or "contrary to law" standard).

Magistrate Knowles had before him all of the parties' briefs, including defendant's second response to plaintiff's motion to appoint an umpire, which raises the same objections to Ernie Carpenter as raised in defendant's current objections.  He further had before him the resumes of the parties' nominees for umpire.  He then selected Carpenter as umpire, stating as follows: "Mr. Carpenter has 25 years experience with building in the Navy, is neither dependent on the plaintiff or the insurance industry for his livelihood, has experience/background in

---

[1] Rule 72(a) of the Federal Rules of Civil Procedure provides, in pertinent part: Within 10 days after being served with a copy of the magistrate judge's order, a party may serve and file objections to the order; a party may not thereafter assign as error a defect in the magistrate judge's order to which objection was not timely made. The district judge to whom the case is assigned shall consider such objections and shall modify or set aside any portion of the magistrate judge's order found to be clearly erroneous or contrary to law.

[2] Section 636(b)(1)(A) provides in pertinent part: a judge may designate a magistrate to hear and determine any pretrial matter pending before the court.... A judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate's order is clearly erroneous or contrary to law.

construction of commercial properties and dealing with

contractors, engineers and architects and, being a building

inspector, he is uniquely qualified to be fair and impartial."

(Order, Apr. 28, 2008, R. Doc. 38 at 5 n.8.)

     After reviewing Judge Knowles' Order and Reasons, the Court

does not find that the Order was clearly erroneous or contrary to

law.  Accordingly, defendant's objections are DENIED.


     New Orleans, Louisiana, this <u>1st</u> day of July, 2008

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE